

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00107-CR

_____


SAM LAMAR BUSBY, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the County Court at Law No. 1
Hunt County, Texas
Trial Court No. CR1401047


Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Sam Lamar Busby was convicted by a jury of the offense of harassment and was sentenced by the trial court to 180 days' incarceration. After punishment was assessed, Busby signed a waiver of his right to appeal. Further, the trial court's certification of Busby's right to appeal, which was signed by Busby, indicates that Busby waived his right to appeal.

Pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure, this Court is required to dismiss an appeal if, as in this case, the trial court's certification correctly indicates that there is no right of appeal or that the right of appeal has been waived. *See* TEX. R. APP. P. 25.2(d).

By letter dated July 15, 2015, we notified Busby of this potential defect in our jurisdiction and afforded him an opportunity to respond. No response has been filed.

In light of the foregoing, we dismiss this appeal for want of jurisdiction.


Ralph K. Burgess
Justice

Date Submitted:     August 25, 2015
Date Decided:       August 26, 2015

Do Not Publish

2